UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYES CARRASCO VALLADARES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security,<br><br>　　　　　　　Defendant. | CASE NO.: 1:24-cv-00913-GSA<br><br>**ORDER EXTENDING BRIEFING DEADLINES**<br><br><br>(Doc. 18) |

　　　As stipulated, Defendant's response deadline is extended to and including January 21, 2025.

IT IS SO ORDERED.

　　Dated:  **November 20, 2024**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE